4

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 JOSEPH MICHAEL SMITH,

Defendant.
_____/

Case: 2:17-cr-20707
Judge: Tarnow, Arthur J.
MJ: Patti, Anthony P.
Filed: 10-24-2017 At 03:36 PM
INDI USA V. SMITH (NA)

VIOLATION: 18 U.S.C. §1951(a)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about July 16, 2017, in the Eastern District of Michigan, Southern Division, defendant JOSEPH MICHAEL SMITH, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a pharmacy; to-wit: Rite-Aid located at 4016 Oakwood Boulevard, Melvindale, Michigan, in that defendant JOSEPH MICHAEL SMITH., did unlawfully take prescription medication from the presence of a store employee and against his or her will by means of actual and threatened force, violence and fear of injury; that is: defendant JOSEPH

MICHAEL SMITH, threatened to kill the employee, all in violation of Title 18, United States Code, Section 1951(a).

[Intentionally Left Blank]

## COUNT TWO

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about August 16, 2017, in the Eastern District of Michigan, Southern Division, defendant JOSEPH MICHAEL SMITH, did unlawfully attempt to obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a pharmacy; to-wit: Rite-Aid located at 35363 Ford Road, Westland, Michigan, in that defendant JOSEPH MICHAEL SMITH., did unlawfully attempt to take prescription medication from the presence of a store employee and against his or her will by means of actual and threatened force, violence and fear of injury; that is: defendant JOSEPH MICHAEL SMITH, brandished a dangerous weapon, all in violation of Title 18, United States Code, Section 1951(a).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DANIEL LEMISCH
Acting United States Attorney

*s/Christopher Graveline*
CHRISTOPHER GRAVELINE
Chief, Violent and Organized Crime Unit
*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant U.S. Attorney

Date:

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case:2:17-cr-20707<br>Judge: Tarnow, Arthur J.<br>MJ: Patti, Anthony P.<br>Filed: 10-24-2017 At 03:36 PM<br>INDI USA V. SMITH (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Joseph Michael Smith

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____ Indictment/____ Information --- no prior complaint.
✓ Indictment/____ Information --- based upon prior complaint [Case number: 17-30444]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 24, 2017
  Date

*Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9597
Fax: 313-226-5464
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.