UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Case No. 3:21-cr-76

vs.

JOSEPH MICHAEL SMITH,                 District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) FINDING DEFENDANT GUILTY OF SIX VIOLATIONS OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING DEFENDANT'S ORIGINAL TERM OF SUPERVISED RELEASE; (3) IMPOSING A NEW 32-MONTH TERM OF SUPERVISED RELEASE MINUS TIME HE MOST RECENTLY SERVED IN THE BUTLER COUNTY JAIL; (4) ORDERING DEFENDANT RELEASED FROM THE BUTLER COUNTY JAIL TO THE CUSTODY OF CEDAR RIDGE BEHAVIORAL HEALTH SOLUTIONS, THE SHULTZ AT CEDAR RIDGE ("CEDAR RIDGE"), 441 PUTNAM AVENUE, ZANESVILLE, OHIO 43701; (5) ORDERING DEFENDANT TO COMPLETE, AS A CONDITION OF HIS SUPERVISED RELEASE, IN-PATIENT TREATMENT AT THE SCHULZ AT CEDAR RIDGE FOR A PERIOD OF THREE MONTHS OR, IF REQUIRED BY THE CEDAR RIDGE TREATMENT PROGRAM, FOUR MONTHS; (6) IMPOSING AS A CONDITION OF HIS SUPERVISED RELEASE ZERO TOLERANCE FOR ANY FUTURE SUPERVISED RELEASE VIOLATIONS**

---

      This criminal case is before the Court following Defendant's supervised release violation hearing on February 13, 2024.  During the hearing, AFPD James Sanchez represented Defendant and AUSA Jahan Karamali represented the Government.  Upon review of the charges, Defendant, through his counsel, admitted to a total of six violations of the conditions of his supervised release.  As a result, the Court found Defendant guilty of those six violations.  Pursuant to the record of the hearing, the Court **REVOKES** Defendant's original term of supervised release and **ORDERS** Defendant to serve a new 32-month term of supervised release minus the time he most recently served in the Butler County Jail.  The Court further **ORDERS** Defendant **RELEASED** from the

Butler County Jail to the custody of Cedar Ridge Behavioral Health Solutions, The Shultz at Cedar Ridge ("Cedar Ridge"), 441 Putnam Avenue, Zanesville, Ohio 43701, where Defendant shall **COMPLETE**, as a condition of his supervised release, in-patient treatment for a period of three months or, if required by the Cedar Ridge treatment program, four months. Lastly, the Court **IMPOSES**, as a condition of Defendant's supervised release, zero tolerance for any future supervised release violations.

**IT IS SO ORDERED.**

February 29, 2024             s/*Michael J. Newman*
                                                              Hon. Michael J. Newman
                                                              United States District Judge

cc:    United States Marshal
        Dayton, Ohio

        United States Probation
        Dayton, Ohio